ARCHIE MURDOCK V. THE STATE.

No. 10318.   Delivered June 9, 1926.

Burglary—No Statement of Facts—No Bills of Exception.

This record contains neither a statement of facts, nor bill of exception, and the indictment being regular, and no fundamental error appearing, the cause is affirmed.

Appeal from the Criminal District Court No. 2 of Dallas County. Tried below before the Hon. C. A. Pippen, Judge.

Appeal from a conviction for burglary, penalty ten years in the penitentiary.

*John T. Spann* of Dallas, for appellant.

*Sam D. Stinson*, State's Attorney, and *Robert M. Lyles*, Assistant State's Attorney, for the State.

HAWKINS, JUDGE. — Conviction is for burglary, punishment is ten years in the penitentiary.

The record contains neither statement of facts nor bills of exception. In such condition nothing is presented to this court for review.

The judgment is affirmed.

*Affirmed.*